```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION

GARDEN CITY BOXING CLUB,        §
INC.,                           §
                                §
     Plaintiff,                 §
                                §
vs.                             §   C.A. NO. C-05-588
                                §
JAMES PERALEZ and LIVING        §
IT, INC.                        §
                                §
     Defendants.                §
```

## ORDER TO RETAIN COUNSEL

On this day came on to be considered Plaintiff's "Request for Entry of Default" against Defendant Living It, Inc., ("Living It") in the above-styled action. In this motion, Plaintiff correctly observes that Living It (a corporation) can only appear in federal court through a licensed attorney. See, e.g., Southwest Exp. Co., Inc. v. ICC, 670 F.2d 53, 55-56 (5th Cir. 1982) (stating that corporations "by their very nature, are unable to represent themselves and . . . the only proper representative of [a corporation] is a licensed attorney, not an unlicensed layman regardless of how close his association" with the entity). Because Living It has not appeared through an attorney in this case, Plaintiff argues that Living It is in default.

A court, however, abuses its discretion by entering default against an unrepresented corporation without at least first admonishing it that it cannot proceed without an attorney. See Memon v. Allied Domecq QSR, 385 F.3d 871 (5th Cir. 2004).

Therefore, Defendant Living It is HEREBY ORDERED to retain licensed counsel to represent it no later than Wednesday, February 15, 2006. If Defendant Living It fails to retain counsel, this Court may enter default against it.  Nothing in this Order affects the right of Defendant James Peralez to continue to appear *pro se*.

SIGNED and ENTERED this 8th day of February, 2006.

_____
Janis Graham Jack
United States District Judge